IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH CHAD HATCHER, | ) |
| Plaintiff, | ) Civil Action No. 7:20-cv-474 |
| v. | ) |
| OFFICER BRADLEY HOFFMAN, | ) |
| Defendant. | ) |

## VERDICT FORM

1. Do you find that the plaintiff has established by a preponderance of the evidence that the defendant, BRADLEY HOFFMAN, used excessive force against the plaintiff on April 18, 2020?

    _____ YES        \_\_\_\_✓\_\_\_\_ NO

*If you answered "yes" to question 1, please proceed. If you answered "no" to question 1, your deliberations are concluded, and the foreperson must sign the last page of this Verdict Form and initial each preceding page.*

*If you answered "yes" to question 1, answer question 2 and then proceed to question 3.*

2. We, the Jury, award compensatory damages to the plaintiff in the amount of:

    $_____.

3. Do you find that plaintiff established by a preponderance of the evidence that BRADLEY HOFFMAN knew that his actions violated federal law or that he acted in reckless or callous indifference to the plaintiff's safety or rights?

    _____ YES        _____ NO

4. If you answered "yes" to question 3, state the amount of punitive damages that you award to the plaintiff.

$ _____ .

Your deliberations are concluded. The foreperson must sign and date below and initial each of the preceding pages of this Verdict Form.

9/9/2022
DATE

NAME REDACTED
FOREPERSON'S SIGNATURE

NAME REDACTED
FOREPERSON'S PRINTED NAME